**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 6, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00442-CV

---

**DALE STRAUSER, Appellant**

**V.**

**NOBLE DRILLING (U.S.) LLC AND NOBLE SERVICES INTERNATIONAL LIMITED, Appellees**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-226156**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 3, 2017. On February 22, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

The appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.